# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

#3573

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **JACOBS, LEEANN T**

Chapter 13 Case No. **09-35199**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| **FIRST EXPRESS**<br>**PO BOX 856021**<br>**LOUISVILLE, KY 40285-6021** | 1 | $732.94 | $565.77 |

**TOTAL TO CLERK'S FUND**                                                                 $565.77

**March 25, 2011**                                         /s/ Kyle L Carlson
DATE                                                              TRUSTEE

RECEIVED 11 MAR 30 AM 10:30 U.S. BANKRUPTCY COURT ST. PAUL, MN

# Kyle L. Carlson
Chapter 12 & 13 Bankruptcy Trustee

55 2nd Avenue SW, P.O. Box 519, Barnesville, MN 56514
Phone: 218-354-7356   Fax: 218-354-2235
Email: kcarlson@carlsonch13mn.com Website: www.carlsonch13mn.com

---

March 25, 2011

To Clerk of Bankruptcy Court

RE:   Jacobs, LeeAnn
      Bankruptcy Case No. 09-35199

In accordance to Local Rule 3011-1(b), I, Kyle L Carlson, bankruptcy trustee in the above mentioned case, has made a reasonable effort to disperse the funds including $565.77, creditor disbursements in this case.

A check was sent to the creditor in this case March 7, 2011. The check was returned undeliverable. This office has had several issues regarding First Express, and have not been able to resolve a new address, or transfer of ownership.

I feel, that it is in the best interest of the case that funds be dispersed to the Court's registry fund, so case could be closed timely.

Sincerely,

Kyle L Carlson
Bankruptcy Trustee